

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00793-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Tanya **WALKER**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23121
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios Justice
                Beth Watkins, Justice

Delivered and Filed: August 5, 2020

JOINT MOTION TO REINSTATE GRANTED; VACATED AND DISMISSED

The parties' joint motion to reinstate is granted. This appeal is reinstated on this court's active docket. To effectuate the parties' settlement agreement, we vacate the trial court's order denying the City of San Antonio's plea to the jurisdiction and render an order dismissing all of Tanya Walker's claims against the City of San Antonio with prejudice. Costs of this appeal are assessed against the party incurring the same.

PER CURIAM